# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152047(79)(80)

BARUCH SLS, INC.,
       Petitioner-Appellant,

v

       SC: 152047
       COA: 319953
       Tax Tribunal: 00-395010;
          00-415093

TOWNSHIP OF TITTABAWASSEE,
       Respondent-Appellee.
_____/

On order of the Chief Justice, the motions of Trinity Health Michigan, Inc. (d/b/a Saint Joseph Mercy Health System) for leave to file a brief amicus curiae and to extend the time for doing so are GRANTED. The amicus brief submitted on October 10, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2016



Clerk